**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:12-cv-00005-MR-DLH**

| | |
|---|---|
| **TERESA CAMPBELL,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **O R D E R** |
| ) | |
| **NANCY A. BERRYHILL, Acting** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** comes before the Court upon the Defendant's Motion to Reopen for the Purpose of Entering a Dismissal [Doc. 9].

The Defendant moves the Court to reopen this civil action for the purpose of entering an order of dismissal. For the reasons set forth in the Defendant's motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Reopen for the Purpose of Entering a Dismissal [Doc. 9] is **GRANTED**, and this matter is hereby **DISMISSED**. The Clerk of Court is respectfully directed to enter a final judgment terminating this case.

**IT IS SO ORDERED.**

Signed: March 10, 2017

Martin Reidinger
United States District Judge